# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                CASE NO. 3:94cr3012LAC

MARTIN WILLIAMS

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on May 5, 2005 and May 16, 2005

Motion/Pleadings: MOTION FOR RECONSIDERATION IN LIGHT OF UNITED STATES V REESE, ETC.

Filed by DEFENDANT, PRO SE   on 4/20/05   Doc.# 722

RESPONSES:

BY GOVERNMENT   on 5/16/05   Doc.# 724

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Mary Maloy-Wells

LC (1 OR 2)                    Deputy Clerk: Mary Maloy-Wells

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 17th day of May, 2005, that:*

*(a) The relief requested is **DENIED**.*

*(b) The defendant is not entitled to resentencing as this Court lacks jurisdiction to consider this successive post-conviction motion and the Supreme Court's decision in United States v Booker does not apply retroactively to cases on collateral review.*

s/ L.A. Collier

**LACEY A. COLLIER**
*United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.