**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                      CASE NO.  3: 94CR3012 LAC

MARTIN WILLIAMS

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on    MARCH 18, 2008
Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)
Filed by DEFENDANT PRO SE     on 3/18/2008     Doc.# 769

RESPONSES:

                                       on           Doc.#
                                       on           Doc.#

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                       Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 14TH day of April, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) At sentencing, the defendant was held accountable for 25 kilograms of cocaine base which ultimately resulted in a base offense level of 38. Pursuant to Amendment 706 to the Sentencing Guidelines, the Drug Quantity Table at §2D1.1 assigns a base offense level of 38 for 4.5 kilograms or more of cocaine base. Since the defendant's base offense level is unchanged, he is not eligible for any reduction in his sentence of imprisonment pursuant to Amendment 706.*

*s/L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.